B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chairmasters Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**13-1701116** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**505 White Plains Road, Suite 212**<br>**Tarrytown, NY**<br>ZIP Code **10591** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)   Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Chairmasters Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) **Page 3**

| **Voluntary Petition** | Name of Debtor(s): **Chairmasters Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Jonathan S. Pasternak**
Signature of Attorney for Debtor(s)

 **Jonathan S. Pasternak**
Printed Name of Attorney for Debtor(s)

 **DelBello Donnellan Weingarten Wise & Wiederkehr, LLP**
Firm Name

 **One North Lexington Avenue**
 **White Plains, NY 10601**
_____
Address

 **(914) 681-0200  Fax: (914) 684-0288**
Telephone Number

 **April 29, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Jeffrey Jahier**
Signature of Authorized Individual

 **Jeffrey Jahier**
Printed Name of Authorized Individual

 **President**
Title of Authorized Individual

 **April 29, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   Chairmasters Inc.
                            Debtor(s)

Case No.
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Honesdale National Bank<br>733 Main Street<br>PO Box 350<br>Honesdale, PA 18431 | Honesdale National Bank<br>733 Main Street<br>PO Box 350<br>Honesdale, PA 18431 | Corporate Guaranty | Contingent<br>Unliquidated | 140,000.00 |
| Carpenters Hollow Metal Fund<br>c/o Virginia & Ambinder LLP<br>111 Broadway, Ste 1403<br>New York, NY 10006 | Carpenters Hollow Metal Fund<br>c/o Virginia & Ambinder LLP<br>111 Broadway, Ste 1403<br>New York, NY 10006 | | Unliquidated<br>Disputed | 70,000.00 |
| Rex Lumber Company<br>PO Box 845425<br>Boston, MA 02284-5425 | Rex Lumber Company<br>PO Box 845425<br>Boston, MA 02284-5425 | | | 26,204.75 |
| Local 2790 Pension<br>Hollow Metal Trust Fund<br>395 Hudson St., 8th Floor<br>New York, NY 10014 | Local 2790 Pension<br>Hollow Metal Trust Fund<br>395 Hudson St., 8th Floor<br>New York, NY 10014 | | | 24,989.89 |
| Chase Bank One<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Chase Bank One<br>Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | | 23,740.08 |
| Baillie Lumber Company<br>PO Box 62167<br>Baltimore, MD 21264-2140 | Baillie Lumber Company<br>PO Box 62167<br>Baltimore, MD 21264-2140 | | | 22,823.70 |
| Local 2790 Pension<br>Hollow Metal Trust Fund<br>395 Hudson St., 8th Floor<br>New York, NY 10014 | Local 2790 Pension<br>Hollow Metal Trust Fund<br>395 Hudson St., 8th Floor<br>New York, NY 10014 | | | 21,327.63 |
| European Galleries, Ltd<br>160 East 3rd Street<br>Mount Vernon, NY 10550 | European Galleries, Ltd<br>160 East 3rd Street<br>Mount Vernon, NY 10550 | | | 20,790.00 |
| Raskin & Raskin CPA's P.C<br>52 Elm Street Ste 2<br>Huntington, NY 11743 | Raskin & Raskin CPA's P.C<br>52 Elm Street Ste 2<br>Huntington, NY 11743 | | | 14,356.00 |
| DeYoung & Associates<br>3408 Olandwood Court<br>Suite 203<br>Olney, MD 20832 | DeYoung & Associates<br>3408 Olandwood Court<br>Suite 203<br>Olney, MD 20832 | | | 14,038.17 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   Chairmasters Inc.                                     Case No.
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| TD Ameritrade<br>PO Box 919094<br>Attn: Cashiering<br>San Diego, CA 92121 | TD Ameritrade<br>PO Box 919094<br>Attn: Cashiering<br>San Diego, CA 92121 | | | 11,900.00 |
| Albany Foam & Supply<br>P.O. Box 416365<br>Boston, MA 02241-6365 | Albany Foam & Supply<br>P.O. Box 416365<br>Boston, MA 02241-6365 | | | 10,352.91 |
| Lenoble Lumber Co., Inc.<br>38-20 Review Avenue<br>Long Island City, NY 11101 | Lenoble Lumber Co., Inc.<br>38-20 Review Avenue<br>Long Island City, NY 11101 | | | 7,051.36 |
| Marjam Supply Company<br>885 Conklin Street<br>Farmingdale, NY 11735 | Marjam Supply Company<br>885 Conklin Street<br>Farmingdale, NY 11735 | | | 6,366.92 |
| Sherwin Williams<br>6 Currie Avenue<br>Wallington, NJ 07057-2232 | Sherwin Williams<br>6 Currie Avenue<br>Wallington, NJ 07057-2232 | | | 6,019.30 |
| Foam Products Inc.<br>360 Southern Boulevard<br>Bronx, NY 10454 | Foam Products Inc.<br>360 Southern Boulevard<br>Bronx, NY 10454 | | | 5,532.77 |
| Roy Matson College Hill Road<br>PO Box 821<br>Woodstock, VT 05091 | Roy Matson College Hill Road<br>PO Box 821<br>Woodstock, VT 05091 | | | 5,071.88 |
| Con-way Transporation Service<br>CNF Adtech Center<br>PO Box 5160<br>Portland, OR 97208 | Con-way Transporation Service<br>CNF Adtech Center<br>PO Box 5160<br>Portland, OR 97208 | | | 4,639.45 |
| Nassimi LLC<br>370 Seventh Ave.<br>Suite 1600<br>New York, NY 10001 | Nassimi LLC<br>370 Seventh Ave.<br>Suite 1600<br>New York, NY 10001 | | | 4,597.20 |
| Hanes Industries<br>104 Sunfield Avenue<br>Edison, NJ 08837 | Hanes Industries<br>104 Sunfield Avenue<br>Edison, NJ 08837 | | | 4,077.75 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Chairmasters Inc.  
　　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  April 29, 2015

Signature  /s/ Jeffrey Jahier  
　　　　　　Jeffrey Jahier  
　　　　　　President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of New York

In re   Chairmasters Inc.                               Case No.
                        Debtor(s)                       Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | 30,000.00 |
   | Prior to the filing of this statement I have received | $ | 30,000.00 |
   | Balance Due | $ | 0.00 |

2. $ 1,717.00   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor       ■ Other (specify):   Jeffrey Jahier & Glenn Jahier

4. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   April 29, 2015                         /s/ Jonathan S. Pasternak
                                                Jonathan S. Pasternak
                                                DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
                                                One North Lexington Avenue
                                                White Plains, NY 10601
                                                (914) 681-0200   Fax: (914) 684-0288

# United States Bankruptcy Court
## Southern District of New York

In re  **Chairmasters Inc.**  ,

Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Glenn Jahier** | | **41%** | |
| **Jeff Jahier** | | **41%** | |
| **Randy Jahier** | | **18%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 29, 2015**                    Signature  **/s/ Jeffrey Jahier**
                                                        **Jeffrey Jahier**
                                                        **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**  continuation sheets attached to List of Equity Security Holders

**United States Bankruptcy Court**
**Southern District of New York**

In re: Chairmasters Inc.
Debtor(s)

Case No.
Chapter: 11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: April 29, 2015

/s/ Jeffrey Jahier
Jeffrey Jahier/President
Signer/Title

```
ALBANY FOAM & SUPPLY
P.O. BOX 416365
BOSTON, MA 02241-6365


ALBANY FOAM & SUPPLY
1355 BROADWAY
ALBANY, NY 12204


APEX SAW & TOOL COMPANY
595 NEW YORK AVENUE
BOX 497
LYNDHURST, NJ 07071


ARC-COM FABRICS INC.
33 RAMLAND SOUTH
ORANGEBURG, NY 10962-2689


ATLAS VAN LINES INC
PO BOX 952340
SAINT LOUIS, MO 63195-2340


ATLAS VAN LINES INC
1212 ST. GEORGE ROAD
EVANSVILLE, IN 47711-2364


BAILLIE LUMBER COMPANY
PO BOX 62167
BALTIMORE, MD 21264-2140


BOARDROOM MAGAZINE
P.O. BOX 9455
LAGUNA BEACH, CA 92652-7436


CARPENTERS HOLLOW METAL FUND
C/O VIRGINIA & AMBINDER LLP
111 BROADWAY, STE 1403
NEW YORK, NY 10006


CHASE BANK ONE
CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON, DE 19886-5153
```

```
COMMISSIONER OF TAX & FINANCE
NYS ASSESSMENT RECEIVABLES
P.O. BOX 4127
BINGHAMTON, NY


CON-WAY TRANSPORATION SERVICE
CNF ADTECH CENTER
PO BOX 5160
PORTLAND, OR 97208


CORTINA LEATHERS, INC.
45 WEST 25TH STREET
NEW YORK, NY 10010


DECOTONE SURFACES
520 SOUTH AVENUE
GARWOOD, NJ 07027


DELTA CORRUGATED
WEST RUBY AVE AT RAILROAD AVEN
PALISADES PARK, NJ 07650


DEYOUNG & ASSOCIATES
3408 OLANDWOOD COURT
SUITE 203
OLNEY, MD 20832


DOROTHY DRAPER
ATTN: DAN PARKER
60 EAST 56TH STREET
NEW YORK, NY 10022


DOUGLAS INDUSTRIES
412 BOSTON AVENUE
P.O. BOX 701
EGG HARBOR CITY, NJ 08215


DURAFOAM INC.
63-02 59TH AVENUE
MASPETH, NY 11378


EUROPEAN GALLERIES, LTD
160 EAST 3RD STREET
MOUNT VERNON, NY 10550
```

```
FOAM PRODUCTS INC.
360 SOUTHERN BOULEVARD
BRONX, NY 10454


GLENN JAHIER
C/O HONESDALE WOODCRAFT CORP.
354 SPINNER ROAD
HONESDALE, PA 18431


HANES INDUSTRIES
104 SUNFIELD AVENUE
EDISON, NJ 08837


HONESDALE NATIONAL BANK
733 MAIN STREET
PO BOX 350
HONESDALE, PA 18431


HONESDALE WOODCRAFT CORP.
354 SPINNER ROAD
HONESDALE, PA 18431


HONESDALE WOODCRAFT CORP.



INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


J. GIBSON MCILVAIN COMPANY
PO BOX 823365
PHILADELPHIA, PA 19185-3365


JEFFREY JAHIER
C/O CHAIRMASTERS INC.
505 WHITE PLAINS ROAD, STE 212
TARRYTOWN, NY 10591


JEMON COUNCIL
147-25 SANFORD AVENUE
APT L2
FLUSHING, NY 11355
```

```
LENOBLE LUMBER CO., INC.
38-20 REVIEW AVENUE
LONG ISLAND CITY, NY 11101


LOCAL 2790
395 HUDSON STREET
ATTN: JEANINE
NEW YORK, NY 10014


LOCAL 2790 PENSION
HOLLOW METAL TRUST FUND
395 HUDSON ST., 8TH FLOOR
NEW YORK, NY 10014


MANHATTAN LAMINATES
TRADE SUPPLY GROUP
624 W. 52ND STREET
NEW YORK, NY 10019


MARJAM SUPPLY COMPANY
885 CONKLIN STREET
FARMINGDALE, NY 11735


MCMASTER-CARR SUPPLY CO.
P.O. BOX 7690
CHICAGO, IL 60680-7690


MISSISSIPPI POLYMERS
PO BOX 535536
ATLANTA, GA 30353-5536


MT. VERNON AUTO SALES INC.
758 SOUTH THIRD AVENUE
MOUNT VERNON, NY 10550


NASSIMI LLC
370 SEVENTH AVE.
SUITE 1600
NEW YORK, NY 10001


NYC CORPORATION COUNSEL
100 CHURCH STREET, ROOM 5-240
ATTN: TAX & BKCY LIT. DIV.
NEW YORK, NY 10007
```

```
NYC DEPARTMENT OF FINANCE
CHURCH STREET STATION
PO BOX 3640
NEW YORK, NY 10008-3640


NYC DEPT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
LEGAL AFFAIRS - DEVORA COHN
BROOKLYN, NY 11201


NYS CHILD SUPPORT PROCESS CTR
P.O. BOX 15368
ALBANY, NY 12212-5368


NYS DEPT.OF TAXATION & FINANCE
15 METRO TECH CENTER, 5TH FL.
BROOKLYN, NY 11201


OFFICE OF THE U.S. TRUSTEE
US FEDERAL OFFICE BUILDING
201 VARICK STREET, STE 1006
NEW YORK, NY 10014


PA DEPT. OF REVENUE
BUREAU OF IMAGING & DOC.
DEPT. 280403
HARRISBURG, PA 17128-0403


PARKING VIOLATIONS BUREAU
210 JORALEMON AVENUE
BROOKLYN, NY 11201


PENNSYLVANIA LUMBER
PO BOX 827925
PHILADELPHIA, PA 19182-7925


PRECISION SECURITY & ELECTRONI
PO BOX 4303
NEW WINDSOR, NY 12553


PRESIDENT CONTAINER INC.
PO BOX 387
WOOD RIDGE, NJ 07075
```

```
PRESTIGE GRAPHIC SERVICES
105 SPRAGUE AVENUE
MIDDLETOWN, NY 10940


R&R REALTY OF MT. VERNON
550 FRANKLIN AVENUE
MOUNT VERNON, NY 10550


RANDY JAHIER
C/O CHAIRMASTERS INC.
505 WHITE PLAINS ROAD, STE 212
TARRYTOWN, NY 10591


RASKIN & RASKIN CPA'S P.C
52 ELM STREET STE 2
HUNTINGTON, NY 11743


REX LUMBER COMPANY
PO BOX 845425
BOSTON, MA 02284-5425


ROY MATSON COLLEGE HILL ROAD
PO BOX 821
WOODSTOCK, VT 05091


SECURITY EXCHANGE COMM
THE WOOLWORTH BUILDING
233 BROADWAY- JOHN MURRAY
NEW YORK, NY 10279


SHERWIN WILLIAMS
6 CURRIE AVENUE
WALLINGTON, NJ 07057-2232


SIELING & JONES INC.
127 PLEASANT AVENUE
PO BOX 159
NEW FREEDOM, PA 17349


SMITH BARNEY
58 S. SERVICE RD. STE 400
MARK REMIGIO
MELVILLE, NY 11747-4807
```

```
TD AMERITRADE
PO BOX 919094
ATTN: CASHIERING
SAN DIEGO, CA 92121


TIME WARNER CABLE
PO BOX 11820
NEWARK, NJ 07101-8120


TRACK YOUR TRUCK
21754 S. CENTER AVENUE
NEW LENOX, IL 60451


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007


W.T. HIGHT COMPANY
42 WINTER STREET
PEMBROKE, MA 02359
```

# United States Bankruptcy Court
## Southern District of New York

In re    Chairmasters Inc.                                                                              Case No.
                                    Debtor(s)                                                           Chapter    11


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Chairmasters Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


April 29, 2015                                         /s/ Jonathan S. Pasternak
Date                                                   Jonathan S. Pasternak
                                                       Signature of Attorney or Litigant
                                                       Counsel for   Chairmasters Inc.
                                                       DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
                                                       One North Lexington Avenue
                                                       White Plains, NY 10601
                                                       (914) 681-0200 Fax:(914) 684-0288

**United States Bankruptcy Court**
**Southern District of New York**

In re: Chairmasters Inc.
Debtor(s)

Case No.
Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Jeffrey Jahier, declare under penalty of perjury that I am the President of Chairmasters Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 29th day of April, 2015.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jeffrey Jahier, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Jeffrey Jahier, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Jeffrey Jahier, President of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date April 29, 2015     Signed
                        Jeffrey Jahier

Resolution of Board of Directors
of
Chairmasters Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jeffrey Jahier, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Jeffrey Jahier, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Jeffrey Jahier, President of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date  April 29, 2015                                Signed  _____
                                                                    Jeffrey Jahier, President